Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

ORIGINAL

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address* | |
| Ray Ramirez, year of birth 1989, at Salt River Department of Corrections located at 3213 North Longmore Road, Scottsdale, Arizona | Case No.  26-9050 MB |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___ .
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As described in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___3/24/2026___ .
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)    ☐ for 30 days (*not to exceed 30*)
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___3/10/2026@3:15pm___

___Eswillett___
*Judge's signature*

City and State: Phoenix, Arizona

___Honorable Eileen S. Willett, U.S. Magistrate Judge___
*Printed name and title*

## ATTACHMENT A

### PERSON TO BE SEARCHED

Ray Ramirez, year of birth 1989, who is currently incarcerated at the Salt River Department of Corrections located at 3213 North Longmore Road, Scottsdale, Arizona, which is in the District of Arizona. Photo below is a photo of Ramirez dated August 11, 2015, which was obtained from his identification card issued by the Arizona Department of Motor Vehicles.



## ATTACHMENT B

## ITEMS TO BE SEIZED

Evidence in the form of deoxyribonucleic acid (DNA) to be obtained from Ray Ramirez (Ramirez) through cotton/buccal swabs in the mouth. The process of collection will be limited to the seizure of DNA by using two (2) buccal swabs. The method of collection will be oral, that is, by inserting the buccal swabs into the mouth of Ramriez for the purpose of collecting saliva and cheek cells.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>26-9050 | Date and time warrant executed:<br>03/13/2026 10:14 AM | Copy of warrant and inventory left with:<br>Ray Ramirez |

| Inventory made in the presence of :<br>SA Drace |
|---|

| Inventory of the property taken and name of any person(s) seized:<br>-DNA via Buccal swab of Ray Ramirez |
|---|

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    03/23/2026

_____
*Executing officer's signature*

Dustin Drace, Special Agent
_____
*Printed name and title*